**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 1, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00013-CV

### IN RE ARCHDIOCESE OF GALVESTON-HOUSTON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-40506**

## MEMORANDUM OPINION

On January 6, 2012, relator Archdiocese of Galveston-Houston filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52.

On February 23, 2012, relator filed a motion to dismiss the proceeding because the case has been settled. The motion is granted.

Accordingly, the petition for writ of mandamus is ordered dismissed.


PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Boyce.